FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Lisa M. Baird (SBN 179958)
   lbaird@reedsmith.com
3  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
4  Michelle Cheng (SBN 239711)
   mcheng@reedsmith.com
5  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
6  Los Angeles, CA  90071

7  Telephone:  213.457.8000
   Facsimile:   213.457.8080
8
   Attorneys for Defendants
9  Medtronic, Inc., Medtronic Sofamor
   Danek USA, Inc., and Medtronic
10 Vertelink, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK JETT, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1 -50, inclusive,<br><br>            Defendants. | Case No.: 2:14-cv-04912-SVW-FFM<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br>Complaint Filed:  June 23, 2014<br><br>Honorable Stephen V. Wilson |

1    Based on the Stipulation of Dismissal that has been filed in the above-captioned
2  matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed
3  without prejudice with each party to bear its own costs.

5  Dated:   September 24, 2015

   *[signature]*
   Hon. Stephen V. Wilson
   U.S. District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL